ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeal of -                                    )
                                               )
Property 906 Roswell Glen                      )      ASBCA No. 62823
                                               )
Under Contract No. DACA01-5-16-0777            )

APPEARANCES FOR THE APPELLANT:          Ms. Lisa M. Thompson
                                        Mr. Denver M. Thompson
                                          Property Owners

APPEARANCES FOR THE GOVERNMENT:         Michael P. Goodman, Esq.
                                          Engineer Chief Trial Attorney
                                        James A. Wagoner, Esq.
                                          Engineer Trial Attorney
                                          U.S. Army Engineer District, Mobile

ORDER OF DISMISSAL

The dispute has been settled.  The appeal is dismissed with prejudice.

Dated:  May 27, 2021

JOHN J. THRASHER
Administrative Judge
Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 62823, Appeal of Property 906 Roswell Glen, rendered in conformance with the Board's Charter.

Dated:  May 28, 2021

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals